UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

    Plaintiff,

v.

HILTON HOTELS CORPORATION,
a Delaware Corporation, and WILD
INNOCENT I, LP, a Delaware
Limited Partnership,

    Defendants.
_____/

Case No.: 2:17-cv-03546-GAM

### NOTICE OF VOLUNTARY DISMISSAL
*(only as to Defendant HILTON HOTELS CORPORATION, a Delaware Corporation)*

COMES NOW Plaintiff, HELEN SWARTZ, by and through undersigned counsel, and herein files this Notice of Voluntary Dismissal as to Defendant HILTON HOTELS CORPORATION, a Delaware Corporation, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

Nothing herein shall affect the lawsuit against Defendant WILD INNOCENT I, LP, a Delaware Limited Partnership, in the above action.

Dated: 9/14/17

Respectfully submitted,

_____
David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA  19090
Telephone:  215.496.2902
Facsimile:  215.564.2879

ddessen@dms-lawyer.com
and
Lawrence A. Fuller, Esq., *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone: 305.891.5199
Facsimile:  305.893.9505
lfuller@fullerfuller.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the ___14th___ day of ___September___, 2017, the foregoing was filed via CM/ECF, which will generate notice to all counsel of record. I further certify that a true copy was furnished via email to Counsel for Defendant, Minh Vu, Esq., mvu@seyfarth.com, Seyfarth Shaw LLP, 975 F Street, N.W., Washington, DC  20004, who has agreed to waive service.

_____
David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA  19090
Telephone: 215.496.2902
Facsimile:  215.564.2879
ddessen@dms-lawyer.com