UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

    Plaintiff,

v.

HILTON HOTELS CORPORATION,   Case No.:  2:17-cv-03546-GAM
a Delaware Corporation, and WILD
INNOCENT I, LP, a Delaware
Limited Partnership,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, , and hereby requests:

1.    The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within thirty (30) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Dated: November 13, 2017

Respectfully submitted,

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
lfuller@fullerfuller.com
and

David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossito
600 Easton Road
Willow Grove, PA  19090
Telephone:  215.496.2902
Facsimile:   215.564.2879
ddessen@dms-lawyer.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2017, the foregoing document was filed with the Clerk of the Court via CM/ECF, which will generate automatic notice to counsel for Defendant, JACOB OSLICK, Esq., SEYFARTH SHAW LLP, 620 - 8TH AVE - 31ST FL., NEW YORK, NY 10018,  joslick@seyfarth.com

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
lfuller@fullerfuller.com

*Attorney for Plaintiff*