IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HELEN SWARTZ, individually** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 17-3546 |
| | : | |
| **HIILTON HOTELS CORPORATION,** | : | |
| **ET AL.** | : | |

# O R D E R

This  21st  day of    November   , 2017, it having been reported that the above captioned action has been settled, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

**KATE BARKMAN**, Clerk of Court

**BY**      /s/ Patricia Clark
Civil Deputy to Judge McHugh

Copies EMAILED on 11/21/17  to:

David S. Dessen, Esquire
Lawrence A. Fuller, Esquire
Jack Oslick, Esquire